IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LAWRENCE D. CHRISTOFFERSON,    :              CIVIL ACTION
                    Plaintiff          :
              v.                       :
                                       :
KILOLO KIJAKAZI,                       :
Acting Commissioner of the             :
Social Security Administration,        :
                    Defendant          :              NO.  20-1497

## ORDER

**AND NOW**, this 30th day of July, 2021, for the reasons contained in the Court's

Memorandum of today, it is hereby **ORDERED** that:

1.  Plaintiff's request for review (Document No. 22) is **DENIED**;

2.  Plaintiff's Motion to Reopen SSA Case (Document No. 25) is **DENIED** as moot.

**BY THE COURT**:


_/s/ Carol Sandra Moore Wells_
CAROL SANDRA MOORE WELLS
United States Magistrate Judge